Rees J. Evans, Libelant-Appellant, v. THE Steamship GUL DJEMAL, Her Engines, etc.; Hussein Lufti Bey, Claimant-Appellee.

(Circuit Circuit of Appeals, Second Circuit. January 15, 1926.)

No. 178.

Appeal from the District Court of the United States for the Southern District of New York.

Before HOUGH, MANTON, and HAND, Circuit Judges.

Henry M. Stevenson, of New York City, for appellant.

Purrington & McConnell, of New York City, (John W. Griffin and Frank J. McConnell, both of New York City, of counsel), for appellee.

PER CURIAM. Decree affirmed (11 F. [2d] 153), with costs.